IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HELEN BENALLY,**

    **Plaintiff,**

**v.**                                                                                                    **No. 13-cv-0604 MV/SMV**

**UNITED STATES OF AMERICA,**

    **Defendant.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:        March 17, 2014, at 10:00 a.m.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **March 17, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.