IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HELEN BENALLY,

    **Plaintiff,**

v.                     No. 1:13-CV-00604 MV/SMV

UNITED STATES OF AMERICA,

    **Defendant.**

## ORDER MODIFYING SCHEDULING ORDER

This matter came before the court upon the parties' Joint Motion to Modify the Scheduling Order (Doc. 43), and the court having reviewed the Motion and being advised in the premises finds that the Motion is well taken.

IT IS HEREBY ORDERED that the motion is granted. The following deadlines are extended as follows:

    a) Termination date for Discovery: up to an including September 17, 2014;

    b) Discovery motions to be filed by: up to and including October 2, 2014;

    c) Pretrial Order: Plaintiff to Defendant by: November 13, 2014; Defendant to Court by: November 26, 2014.

IT IS SO ORDERED.

Dated: __August 21, 2014__            _____
                                                Hon. Stephan M. Vidmar
                                                United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 8/20/14 (*roberto.ortega@usdoj.gov)
/s/ Roberto D. Ortega
Assistant U.S. Attorney
P.O. Box 607
201 Third Street NW, Suite 900
Albuquerque, NM  87103
Attorney for Defendant

*Approved telephonically on 8/20/14 (scott@barberborg.com)*
/s/ Scott E. Borg
BARBER & BORG, LLC
P.O. Box 30745
Albuquerque, NM  87190-0745
3816 Carlisle Blvd., NE, Suite C (87107)
(505) 884-0004
(505) 884-0077 (fax)
Attorney for Plaintiff