IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HELEN BENALLY,**

    **Plaintiff,**

    **v.**        No. 1:13-CV-00604 MV/SMV

**UNITED STATES OF AMERICA,**

    **Defendant.**

## AMENDED ORDER MODIFYING SCHEDULING ORDER

This matter came before the court upon the parties' Joint Motion to Modify the Scheduling Order (Doc. 43), and the court having reviewed the Motion and being advised in the premises finds that the Motion is well taken.

IT IS HEREBY ORDERED that the motion is granted. The following deadlines are extended as follows:

a) Termination date for Discovery: up to an including September 25, 2014;

b) Discovery motions to be filed by: up to and including October 2, 2014;

c) Pretrial Order: Plaintiff to Defendant by: November 13, 2014; Defendant to Court by: November 26, 2014.

IT IS SO ORDERED.

Dated: August 22, 2014

_____
Hon. Stephan M. Vidmar
United States Magistrate Judge


SUBMITTED AND APPROVED BY:

*Electronically submitted on 8/21/14 (*roberto.ortega@usdoj.gov)
/s/ Roberto D. Ortega
Assistant U.S. Attorney

1

P.O. Box 607
201 Third Street NW, Suite 900
Albuquerque, NM  87103
Attorney for Defendant

*Approved telephonically on 8/21/14 (scott@barberborg.com)*
/s/ Scott E. Borg
BARBER & BORG, LLC
P.O. Box 30745
Albuquerque, NM  87190-0745
3816 Carlisle Blvd., NE, Suite C (87107)
(505) 884-0004
(505) 884-0077 (fax)
Attorney for Plaintiff