IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HELEN BENALLY,

    **Plaintiff,**

v.                              No. 1:13-CV-00604 MV/SMV

UNITED STATES OF AMERICA,

    **Defendant.**

## ORDER MODIFYING DISCOVERY DEADLINE

This matter came before the court upon the parties' Joint Motion to Extend the Discovery Deadline (Doc. 52), and the court having reviewed the Motion and being advised in the premises finds that the Motion is well taken.

IT IS HEREBY ORDERED that the motion is granted. The following deadlines are extended as follows:

a) Termination date for Discovery: up to an including November 11, 2014;

b) Discovery motions to be filed by: up to and including November 17, 2014;

c) Pretrial Order: Plaintiff to Defendant by: December 29, 2014; Defendant to Court by: January 11, 2015.

IT IS SO ORDERED.

Dated:  October 3, 2014              _____
                                                    Hon. Stephan M. Vidmar
                                                    United States Magistrate Judge

SUBMITTED AND APPROVED BY:


/s/ Scott E. Borg
BARBER & BORG, LLC
P.O. Box 30745
Albuquerque, NM  87190-0745
3816 Carlisle Blvd., NE, Suite C (87107)
(505) 884-0004
(505) 884-0077 (fax)
Attorney for Plaintiff

*Approval given by email on 9/29/2014*
/s/ Roberto D. Ortega
Assistant U.S. Attorney
P.O. Box 607
201 Third Street NW, Suite 900
Albuquerque, NM  87103
Attorney for Defendant