IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HELEN BENALLY,

    Plaintiff,

v.                                      No. 1:13-CV-00604 MV/SMV

UNITED STATES OF AMERICA,

    Defendant.

## ORDER EXTENDING PRE-TRIAL MOTIONS DEADLINE AND VACATING SETTLEMNT CONFERENCE

THIS MATTER, having come before the Court upon the Parties' Joint Motion to Extend the Pre-trial Motions Deadline and to vacate Settlement Conference [Doc. 54], the Court having reviewed the motion and being advised in the premises finds that the Motion is well taken.

IT IS HEREBY ORDERED that the motion is granted.  The pre-trial motions deadline is extended up to and including November 25, 2014.

IT IS FURTHER ORDRED that the settlement conference set for October 28, 2014 is vacated and will be re-set after the close of discovery.

STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted on 10/15/14*
ROBERTO D. ORTEGA
Assistant United States Attorney
Attorney for Defendant

*Approved telephonically on 10/15/14*
SCOTT E. BORG
Attorney for Plaintiff